E-Filing

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JAMES LAUTERMILCH, <br>     Defendant. | No. 05-00626 JW <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On September 29, 2005, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned on the indictment and entered a plea of not guilty, Assistant United States Attorney Susan Knight explained to the Court that the government needed to provide discovery to Assistant Federal Public Defender Nick Humy. In addition, AFPD Humy stated that he will be on medical leave during the week of October 3, 2005. Therefore, the parties requested an exclusion of time under the Speedy Trial Act from September 29, 2005 to October 24, 2005. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel and continuity of counsel.

| | |
|---|---|
| SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| DATED:_____ | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| DATED:_____ | _____/s/_____<br>NICK HUMY<br>Assistant Federal Public Defender |

Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from September 29, 2005 to October 24, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 10/6/05

_____
HOWARD R. LLOYD
United States Magistrate Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED:_____          _____/s/_____
                            SUSAN KNIGHT
                            Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 05-00626 JW                                            2

SO STIPULATED:            KEVIN V. RYAN
                          United States Attorney

DATED:_____        _____/s/_____
                          SUSAN KNIGHT
                          Assistant United States Attorney

DATED:_____        _____/s/_____
                          NICK HUMY
                          Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from September 29, 2005 to October 24, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 10/6/05

_____
HOWARD R. LLOYD
United States Magistrate Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED:_____        _____/s/_____
                          SUSAN KNIGHT
                          Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 05-00626 JW                              2