1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (CSBN 0722)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge James Ware)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-00626 JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JAMES LAUTERMILCH, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

The undersigned parties respectfully request that the above-referenced matter be continued from March 27, 2006 to April 17, 2006 at 1:30 p.m.  The reason for the continuance is that the parties are continuing to negotiate a disposition and defense counsel needs additional time for investigation.   Therefore, the parties also request an exclusion of time under the Speedy Trial Act from March 27, 2006 until April 17, 2006.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    KEVIN V. RYAN
                                  United States Attorney

DATED:_____                      /s/
                                  _____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 05-00626 JW                              1

DATED:_____          ____/s/_____
                              NICK HUMY
                              Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that a status hearing be continued to April 17, 2006 at 1:30 p.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 27, 2006 until April 17, 2006.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: April 12, 2006          _____
                              JAMES WARE
                              United States District Judge