BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LAUTERMILCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00626 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING HEARING DATE;** |
| | ) | **[PROPOSED] ORDER** |
| JAMES LAUTERMILCH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, September 18, 2006, at 9:00 a.m., be continued to Monday, November 13, 2006, at 9:00 a.m.  The continuance is requested due to defendant counsel's inability to schedule a probation interview before August 30, 2006 due to counsel's heath issues.


Dated: 09/01/2006                                            _____/s/_____
                                                                                 NICHOLAS P. HUMY
                                                                                 Assistant Federal Public Defender

Dated:                                                                      _____/s/_____
                                                                                 SUSAN F. KNIGHT
                                                                                 Assistant United States Attorney

1
2  **ORDER**
3  The parties have jointly requested a continuance of the sentencing hearing set for
4  September 18, 2006, due to defendant counsel's inability to schedule a probation interview
5  before August 30, 2006 due to counsel's heath issues.
6  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
7  presently set for September 18, 2006 be continued to November 13, 2006 at ~~9:00 a.m.~~ 1:30 p.m.
8
9  Dated:     September 6, 2006                    _____
10                                                  JAMES WARE
                                                    United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26