KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-00626 JW |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|     v. ) | ORDER CONTINUING SENTENCING DATE |
| ) | |
| JAMES LAUTERMILCH, ) | |
|     Defendant. ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case be continued from November 13, 2006 to December 18, 2006 at 1:30 p.m. The reason for the continuance is for the government to finish its investigation and to file a sentencing memorandum. Probation Officer John D. Woods does not object to the new date.

//
//
//
//

STIPULATION AND [PROPOSED] ORDER
CR 05-00626 JW                     1

1  SO STIPULATED:                          KEVIN V. RYAN
2                                          United States Attorney

3  DATED:_____                   _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5
   DATED:_____                   _____/s/_____
6                                          NICK HUMY
                                           Assistant Federal Public Defender
7

8

9       Accordingly, the Court HEREBY ORDERS that the sentencing hearing in the above-

10 captioned case be continued from November 13, 2006 to December 18, 2006.

11 SO ORDERED.

12
   DATED November 14, 2006              _____
13                                      JAMES WARE
                                        United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 05-00626 JW                            2