1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LAUTERMILCH

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12 UNITED STATES OF AMERICA,        )   No. CR 05-00626 JW
                                    )
13              Plaintiff,           )   **STIPULATION TO CONTINUE**
    v.                              )   **SENTENCING HEARING DATE;**
                                    )   [**PROPOSED**] **ORDER**
14 JAMES LAUTERMILCH,               )
                                    )
15              Defendant.           )
   _____)
16
        Defendant and the government, through their respective counsel, hereby stipulate that,
17
   subject to the court's approval, the sentencing hearing date in the above-captioned matter,
18
   presently scheduled for Monday, December 18, 2006, at 9:00 a.m., be continued to Monday,
19 Feburary 5th           1:30 PM
   ~~January 29~~, 2007, at ~~9:00 a.m.~~  The continuance is requested by the defense due to additional
20
   investigation that is needed prior to preparing defendant's sentencing memorandum.
21

22
   Dated: 12/11/06                        _____/s/_____
23                                        NICHOLAS P. HUMY
                                          Assistant Federal Public Defender
24
   Dated: 12/11/06                        _____/s/_____
25                                        SUSAN F. KNIGHT
                                          Assistant United States Attorney
26

STIPULATION TO CONTINUE HEARING;
[~~PROPOSED~~] ORDER
No. CR 05-00626 JW                          1

## **ORDER**

The parties have jointly requested a continuance of the sentencing hearing set for December 18, 2006, due to the additional defense investigation that is needed prior to preparing defendant's sentencing memorandum.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 18, 2006 be continued to ~~January 29, 2007 at 9:00a.m.~~ February 5th, 2007, at 1:30 PM

Dated:   12/12/2006

_____
JAMES WARE
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00626 JW                                     2