BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LAUTERMILCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00626 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING HEARING DATE;** |
| | ) | [~~PROPOSED~~] **ORDER** |
| JAMES LAUTERMILCH, | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, February 05, 2007, at 9:00 a.m., be continued to Monday, March 05, 2007, at 9:00 a.m.  The continuance is requested by the defense due to additional investigation that is needed prior to preparing defendant's sentencing memorandum.

Dated: 01/22/07  
                                                                       /s/_____  
                                                  NICHOLAS P. HUMY  
                                                  Assistant Federal Public Defender

Dated:  
                                                  /s/_____  
                                                 SUSAN F. KNIGHT  
                                                 Assistant United States Attorney

1
2    **ORDER**
3        The parties have jointly requested a continuance of the sentencing hearing set for
4    February 05, 2007, due to the additional defense investigation that is needed prior to preparing
5    defendant's sentencing memorandum.
6        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
7    presently set for February 05, 2007 be continued to March 05, 2007 at 9:00a.m.
8
9    Dated:    january 23 2007                          _____
10                                                       JAMES WARE
                                                         United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING HEARING
No. CR 05-00626 JW                        2