1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant LAUTERMILCH

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,           )    No. CR 05-00626 JW
12                                       )
                       Plaintiff,        )    **STIPULATION TO CONTINUE**
13   v.                                  )    **SENTENCING HEARING DATE;**
                                         )    **[PROPOSED] ORDER**
14   JAMES LAUTERMILCH,                  )
                                         )
15                     Defendant.        )
    _____)
16

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the sentencing hearing date in the above-captioned matter,

19   presently scheduled for Monday, March 05, 2007, at 1:30 p.m., be continued to Monday, March

     26, 2007, at 1:30 p.m.  The continuance is requested by the defense due to additional
20
     investigation, as well as, the unavailability of the United States Probation Officer who prepared
21
     the Presentencing Report.
22

23
     Dated: 02/16/07                          _____/s/_____
24                                            NICHOLAS P. HUMY
                                              Assistant Federal Public Defender
25

26

     STIPULATION TO CONTINUE HEARING;
     [PROPOSED] ORDER
     No. CR 05-00626 JW                    1

1

2   Dated: 02/16/07                                    _____/s/_____
                                                        SUSAN F. KNIGHT
3                                                       Assistant United States Attorney

4

5                                          **<u>ORDER</u>**

6          The parties have jointly requested a continuance of the sentencing hearing set for March

7   05, 2007, due to the additional defense investigation and the unavailability of the Probation

    Officer that prepared the Presentencing Report.
8
           GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
9
    presently set for March 05, 2007 be continued to March 26, 2007 at 1:00 p.m..
10

11

12  Dated:    2/20/2007                              _____
                                                     JAMES WARE
13                                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26