BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LAUTERMILCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>              Plaintiff,                              )<br>                                                              )<br>vs.                                                         )<br>                                                              )<br>JAMES LAUTERMILCH,                      )<br>                                                              )<br>              Defendant.                          )<br>_____) | No. CR-05-00626 JW<br><br>[PROPOSED] ORDER CONTINUING SENTENCING DATE |

GOOD CAUSE APPEARING, and through declaration,

IT IS HEREBY ORDERED that the sentencing date presently set for March 26, 2007 at 1:30 p.m. is continued to April 2, 2007 at 1:30 p.m.

Dated: March _23_, 2007

_____
THE HONORABLE JAMES WARE
United States District Judge

[Proposed] Order to Continue Sentencing Date            1