FILED

MAY 29 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JAMES LAUTERMILCH,<br>Defendant. | CR05-00626 JW<br><br>ORDER RECALLING ARREST WARRANT |

The Court hereby orders the Arrest Warrant issued in this case on May 25, 2007 recalled. The Arrest Warrant which was issued contains a clerical error.

Dated: 5/29/07

Howard R. Lloyd
U.S. Magistrate Judge